## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | | |
|---|---|---|
| **TOM HUSSEY PHOTOGRAPHY LLC,** | } | |
| | } | |
| **Plaintiff,** | } | |
| | } | |
| **v.** | } | **Case No. 4:25-cv-18-CLM** |
| | } | |
| **AMAZING GRACE CAREGIVERS LLC,** | } | |
| | } | |
| **Defendant.** | } | |

## <u>SHOW CAUSE ORDER</u>

Plaintiff filed its Complaint on January 6, 2025. (Doc. 1). Defendant was served on February 12, 2025 and had until March 5, 2025 to answer or otherwise respond. (Doc. 4). A Clerk's Entry of Default was entered on March 17, 2025 after Defendant failed to timely answer. (Doc. 6). Plaintiff has not asked the court to enter default judgment.

The court thus **ORDERS** Plaintiff to show cause in writing **on or before May 22, 2025** why the court should not dismiss this case for failure to prosecute. A motion default judgement will be deemed an adequate response to this Order.

**DONE** and **ORDERED** on May 9, 2025.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE