# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | | |
|---|---|---|
| **TOM HUSSEY PHOTOGRAPHY, LLC,** | ) ) ) | |
| **PLAINTIFF,** | ) ) | |
| | ) | **CIVIL ACTION NO.** |
| v. | ) ) | |
| | ) | **4:25-CV-0018-CLM** |
| **AMAZING GRACE CAREGIVERS L.L.C.,** | ) ) ) | |
| **DEFENDANT.** | ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Tom Hussey Photography, LLC ("Plaintiff) voluntarily dismisses the above-captioned action without prejudice with each party to bear its own attorneys' fees and costs.

DONE this 15th day of May, 2025.

/s/ _John S. Johnson_
JOHN S. JOHNSON
(ASB-7114-H67J)
*Attorneys for Plaintiff*
*Tom Hussey Photography, LLC*

1

**OF COUNSEL:**
HAND ARENDALL HARRISON SALE LLC
1801 5th Avenue North
Suite 400
Birmingham, AL 35203
Telephone: (205) 324-4400
Facsimile: (205) 322-1163
E-mail: johnson@handfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of May, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record and mail the foregoing to:

AMAZING GRACE CAREGIVERS L.L.C.
c/o Latonya Rutledge (Registered Agent)
304 No. 8th Street
Gadsden, AL  35903

*/s/ John S. Johnson*
John S. Johnson, Esq.